## IN RE FORECLOSURE OF STEWART

[328 N.C. 85 (1991)]

IN THE MATTER OF THE FORECLOSURE SALE OF THE PROPERTY OF
W. CRAIG STEWART AND WIFE, CONNIE Y. STEWART, DEED OF TRUST
BOOK 642, PAGE 916 AND BOOK 682, PAGE 563

No. 198PA90

(Filed 10 January 1991)

ON petition for discretionary review pursuant to N.C.G.S. § 7A-31 of an unpublished decision of the Court of Appeals, 98 N.C. App. 154, 391 S.E.2d 224 (1990), affirming the order entered by *Griffin, J.*, in Superior Court, DAVIDSON County, on 14 March 1989. Heard in the Supreme Court on 13 December 1990.

*Schoch, Schoch and Schoch, by Arch Schoch, Jr., and Karen M. Zaman & Associates, by Michael W. Sigler, for petitioner-appellee.*

*Stern, Graham & Klepfer, by James W. Miles, Jr. and J. Bradley Purcell, for respondent-appellants.*

PER CURIAM.

Affirmed.